UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>UNITED STATES DEPARTMENT OF LABOR,<br>    Plaintiff,<br><br>v.<br><br>FARRINGTON ASSOCIATES, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 04-12458-RGS<br>)<br>)<br>)<br>) |

## ANSWER

The first, unnumbered paragraph contains conclusions of law to which no response is required. To the extent that a response is required, the Defendant, Farrington Associates, Inc. denies the allegations contained therein.

1. Admitted.

2. Admitted.

3. This paragraph contains conclusions of law to which no response is required. To the extent that a response is required, the Defendant, Farrington Associates, Inc. calls upon the Plaintiff to prove same.

4. This paragraph contains conclusions of law to which no response is required. To the extent that a response is required, the Defendant, Farrington Associates, Inc. calls upon the Plaintiff to prove same.

5. Denied.

6. The Defendant denies the factual allegations contained in this paragraph. The remaining allegations constitute legal conclusions to which no response is required.

The following, unnumbered paragraph contains prayers for relief, to which no response is required.

7. The Defendant denies the factual allegations contained in this paragraph. The remaining allegations constitute legal conclusions to which no response is required.

The following, unnumbered paragraph contains prayers for relief, to which no response is required.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

8. The subject employees are not covered by the Act's overtime compensation mandate pursuant to 29 C.F.R. § 541.303, which exempts computer systems analysts, computer programmers, software engineers, or other similarly skilled workers in the computer software field.

### SECOND AFFIRMATIVE DEFENSE

9. The subject employees are not covered by the Act's overtime compensation mandate pursuant to 29 USC 213(a)(17), which exempts computer systems analysts, computer programmers, software engineers, or other similarly skilled workers in the computer software field.

### THIRD AFFIRMATIVE DEFENSE

10. The subject employees are not covered by the Act's overtime compensation mandate pursuant to 29 USC § 213(a)(1), which exempts employees performing in a bona fide executive, administrative, or professional capacity.

## FOURTH AFFIRMATIVE DEFENSE

11. The Plaintiff's claim should fail because it fails to state a claim upon which relief may be granted.

## FIFTH AFFIRMATIVE DEFENSE

12. If any overtime wages are due to the subject employees, then said damage resulted from the acts and/or omissions of persons or entities for whose conduct Farrington Associates is neither legally liable nor responsible.

## SIXTH AFFIRMATIVE DEFENSE

13. The Plaintiff's claims against Farrington Associates are barred because Farrington Associates has been released.

## SEVENTH AFFIRMATIVE DEFENSE

14. The Plaintiff's claim should be dismissed because it failed to join an indisputable party pursuant to Fed.R.Civ.P. 12 (b)(7).

Respectfully submitted,

Farrington Associates, Inc.,
By its attorneys,

DATED: December 27, 2004

_____
Denzil D. McKenzie (BBO #336420)
Sandy P. Botelho (BBO #648514)
McKenzie & Associates, P.C.
44 School Street, Suite 1100
Boston, MA 02108
(617) 723-0400

## CERTIFICATE OF SERVICE

I, Sandy P. Botelho, do hereby certify that on this date I served a copy of the forgoing ANSWER TO THE COMPLAINT on all counsel of record to this matter by sending same via first class mail, postage pre-paid, to:

> Constance B. Franklin, Esq.
> U.S. Department of Labor
> Office of Solicitor
> JFK Federal Building – Room E-375
> Boston, MA 02203

Dated: December 27, 2004

_____
Sandy P. Botelho