UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
***********************
ELAINE L. CHAO Secretary of Labor,   *
 United States Department of Labor,  *
                                     *
          Plaintiff,                 *
                                     *   CIVIL ACTION
v.                                   *
                                     *   FILE NO. 04-12458-RGS
FARRINGTON ASSOCIATES, INC.          *
                                     *
                                     *
          Defendant.                 *
***********************
```

**Secretary of Labor's Objection to**

**Defendant's Rule 19(a) Joinder Motion and proposed Cross-Claim**

The Secretary of Labor objects to Defendant's motion to add another defendant and assert private contractual claims against it in this enforcement action under the Fair Labor Standards Act ("FLSA", 29 USC 201 *et seq.*), filed to remedy defendant's overtime wage violations with respect to its employees.

Farrington improperly invokes Rule 19(a), since complete relief in this FLSA enforcement action can be accorded with the existing parties with no risk of subsequent inconsistent obligations and since Farrington has not and cannot show that its proposed new defendant Honeywell claims an interest in this FLSA case. Indeed, in addition to its noncompliance with Local Rule 7.1, Farrington has neglected to comply with Local Rule 15.1: there is no certificate that it served on Honeywell its motion to add a new party 10 days in advance or even concurrently with its motion.

Moreover, there is no right under the FLSA to the relief that Farrington seeks in its

- 1 -

proposed cross-claims, which are private causes of action based on claims of contribution, indemnification, contract and covenant breaches, and misrepresentation. Authoritative caselaw has declared that such claims are outside the framework and purpose of this public action to enforce the FLSA. Finally, granting Farrington's motion to add another defendant would permit a private party to dictate prosecutorial decisions under the FLSA to the Secretary of Labor, a result contrary to caselaw, public policy and congressional intent.

A Memorandum of Law in Support of the Secretary of Labor's Objection to Defendant's Rule 19(a) Joinder Motion and proposed Cross-Claim is attached hereto.

Post Office Address:
U.S. Department of Labor
Office of Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL:(617)565-2500
FAX:(617)565-2142

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Constance B. Franklin
Attorney
BBO 177620

U.S. Department of Labor
Attorneys for Plaintiff

I hereby do certify that I served the foregoing Secretary of Labor's Objection to Defendant's Rule 19(a) Joinder Motion and proposed Cross-Claim by placing one copy of same in a postage-paid envelope addressed to: Attorneys Denzil McKenzie and Sandy Botelho, McKenzie & Associates, 44 School Street, Suite 1100, Boston, MA 02108 and depositing same in the United States Mail at Boston, Massachusetts on January 7, 2005.