UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO Secretary of Labor,       *
  United States Department of Labor,     *
                                         *
                  Plaintiff,             *
                                         *    CIVIL ACTION
v.                                       *
                                         *    FILE NO. 04-12458-RGS
FARRINGTON ASSOCIATES, INC.              *
                                         *
                                         *
                  Defendant.             *
* * * * * * * * * * * * * * * * * * * * * * *
```

**Parties' Joint Statement under Local Rule 16.1**

Pursuant to FRCP Rule 16(b), Local Rule 16.1 and this Court's Notice of Scheduling Conference herein, the parties respectfully submit this Joint Statement, setting for their proposed discovery plan, proposed schedule for filing motions, budgetary and ADR certifications, and other related matters.

    **a. Interrogatories, Admissions Requests and Production of Documents:** All first sets of interrogatories. requests for admission and requests for production of documents shall be received no later than July 15, 2005.

    **b. Additional Requests:** Any subsequent interrogatories, requests for admission and requests for production of documents shall be received no later than September 15, 2005.

    **c. Depositions:** All party and nonparty depositions must be completed by October 15, 2005. The total depositions taken by any one party may not exceed ten depositions.

    **d. Expert Witnesses:** The parties do not contemplate the use of expert witnesses at this time. However, if that should change, each party agrees to identify its expert(s) and provide his/her written report by August 15, 2005, with rebuttal experts identified and their report(s) provided by September 15, 2005.

**e. Discovery Sequencing:**  The parties agree that neither of them has priority in the sequence of discovery.  Further, the parties agree that the because of the nature of this case, phased discovery is not applicable.

**f. Discovery Limitations**:  The parties anticipate no difficulty in conforming to the obligation to limit discovery as set forth in FRCP Rule 26(b).

**g. Motions Schedule:**  All motions under FRCP Rule 56 will be filed no later than November 30, 2005.

**h. Certifications**:  The parties signing below have conferred with a view to the budget for the costs of conducting the full course of litigation and the various alternative courses, including the alternative dispute resolution programs outlined in Local Rule 16.4.

| | |
|---|---|
| Defendant<br>Farrington Associates<br>By its attorneys<br><br>_/s/ Denzil D. McKenzie_<br>Denzil D. McKenzie (BBO # 336420)<br>Sandy P. Botelho (BBO # 6485214)<br>McKenzie & Associates, P.C.<br>44 School Street, Suite 1100<br>Boston, MA  02108<br>tel 617-723-0400  fax 617-723-7234 | Plaintiff<br>Elaine L. Chao, Secretary of Labor,<br>United States Department of Labor<br><br>Howard M. Radzely<br>Solicitor of Labor<br><br>Frank V. McDermott, Jr.<br>Regional Solicitor<br><br>_/s/ Constance B. Franklin_<br>Constance B. Franklin (BBO #177620)<br>Attorney<br><br>Solicitor's Office<br>U.S. Department of Labor<br>Kennedy Federal Bldg. Rm. E-375<br>Boston, MA  02203<br>tel 617-565-2500  fax 617-565-2142 |

I hereby do certify that I served the foregoing **Parties' Joint Statement Under Local Rule 16.1** on _May 4, 2005_ by placing mailing one copy of same in a postage-paid envelope addressed to: Attorney Constance B. Franklin, Solicitor's Office, U.S. Department of Labor, Kennedy Federal Bldg., Rm. E-375, Boston, MA  02203 and by faxing a copy to her at 617-565-2142.