UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
*************************
ELAINE L. CHAO Secretary of Labor,     *
 United States Department of Labor,    *
                                       *
              Plaintiff,               *
                                       *    CIVIL ACTION
       v.                              *
                                       *    FILE NO.  04-12458-RGS
FARRINGTON ASSOCIATES, INC.            *
                                       *
              Defendant.               *
*************************
```

**Parties' Status Report and Amended Proposed Discovery Schedule**

Contrary to expectations reported at the May 16 Scheduling Conference in this matter, the parties do not yet have a proposed consented-to Judgment to file with the Court. However, an agreement in principle has been reached and the parties are actively working on the specific terms thereof. Nonetheless, in accord with the Court's instructions at the Conference, to avoid further delays in this matter, the parties respectfully suggest the following discovery schedule, amended from the dates set forth in their May 4 Joint Statement:

**a. Interrogatories, Admissions Requests and Production of Documents:** All first sets of interrogatories, requests for admission and requests for production of documents shall be received no later than August 15, 2005.

**b. Additional Requests:** Any subsequent interrogatories, requests for admission and requests for production of documents shall be received no later than October 15, 2005.

**c. Depositions:**   All party and nonparty depositions must be completed by November 15, 2005. The total depositions taken by any one party may not exceed ten depositions.

**d. Expert Witnesses:** The parties do not contemplate the use of expert witnesses at this time. However, if that should change, each party agrees to identify its expert(s) and provide his/her written report by September 15, 2005, with rebuttal experts identified and their report(s) provided by October 15, 2005.

e. **Discovery Sequencing:** The parties agree that neither of them has priority in the sequence of discovery. Further, the parties agree that the because of the nature of this case, phased discovery is not applicable.

f. **Discovery Limitations:** The parties anticipate no difficulty in conforming to the obligation to limit discovery as set forth in FRCP Rule 26(b).

g. **Motions Schedule:** All motions under FRCP Rule 56 will be filed no later than December 30, 2005.

h. **Certifications:** The parties signing below have conferred with a view to the budget for the costs of conducting the full course of litigation and the various alternative courses, including the alternative dispute resolution programs outlined in Local Rule 16.4.

Defendant
Farrington Associates
By its attorneys

Denzil D. McKenzie (BBO # 336420)
Sandy P. Botelho (BBO # 6485214)
McKenzie & Associates, P.C.
44 School Street, Suite 1100
Boston, MA 02108
tel 617-723-0400  fax 617-723-7234

Plaintiff
Elaine L. Chao, Secretary of Labor,
United States Department of Labor

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Constance B. Franklin (BBO #177620)
Attorney

Solicitor's Office
U.S. Department of Labor
Kennedy Federal Bldg. Rm. E-375
Boston, MA 02203
tel 617-565-2500  fax 617-565-2142

I hereby do certify that I served the foregoing **Parties' Status Report and Amended Proposed Discovery Schedule** on June 15, 2005 by mailing one copy of same in a postage-paid envelope addressed to Attorneys Denzil McKenzie and Sandy Botelho, McKenzie & Associates, 44 School Street, Suite 1100, Boston, MA 02108 and by faxing a copy to them at 617-723-7234.