UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ELAINE L. CHAO Secretary of Labor,    \*
United States Department of Labor,    \*
                                               \*
               Plaintiff,    \*
                                               \*    CIVIL ACTION
v.    \*
                                               \*    FILE NO. 04-12458-RGS
FARRINGTON ASSOCIATES, INC.    \*
                                               \*
               Defendant.    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*[Handwritten in left margin: Allowed. R.G. Stearns 8-23-05]*

## MOTION FOR ENTRY OF CONSENTED-TO JUDGMENT

Plaintiff hereby moves for entry of Judgment in this matter, wherein a proposed Judgment executed by the Defendant and Plaintiff has been submitted to the Court concurrently with this Motion. Defendant has no objection to this Motion.

Post Office Address:
U.S. Department of Labor
Office of Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL:(617)565-2500
FAX:(617)565-2142

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

*/s/ Constance B. Franklin*
Constance B. Franklin
Attorney
BBO 177620

Dated August 17, 2005

Attorneys for Plaintiff

I hereby do certify that I served the foregoing MOTION FOR ENTRY OF CONSENTED-TO JUDGMENT on the 17th day of August, 2005 by placing one copy of same in a postage-paid envelope addressed to: Attorneys Denzil McKenzie and Sandy Botelho, McKenzie & Associates, 44 School Street, Suite 1100, Boston, MA 02108 and depositing same in the United States Mail at Boston, Massachusetts on January 7, 2005.

*/s/ CB Franklin*